**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 15-cr-00180-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN FRANKLIN HOWARD,

    Defendant.

---

**AMENDED ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT,
AND CONTINUE TRIAL DATES**

---

This matter is before the Court on the Joint Motion to Vacate the Pretrial Motions Deadline and Trial Date, Excluding Sixty (60) Days from the Speedy Trial Act Calculation (Doc. # 23).  The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

Initial discovery was tendered to defense counsel on April 28, 2015. On that date, the Government tendered more than one thousand pages of written discovery as well as four discs containing media files. Among the discs are recorded conversations between the undercover agent and Mr. Howard as well as an audio-recorded post-arrest statement of Mr. Howard.

Since the initial disclosure of discovery, defense counsel has received additional discovery from the Government. The most recent disclosure of discovery was on May 12, 2015. Contained within the recent discovery is a document entitled "Digital

Forensics Examination Report." The document outlines the forensic examination conducted of the cellular phone and tablet computer that were recovered from Mr. Howard at, or near, the time of his arrest. The report also references the existence of a "findings CD," which has not been tendered to the undersigned due to the alleged, illegal content contained therein.  Defense counsel needs to make an appointment with the Agent handling the matter and travel to their office in order to view the images on a Government computer.

In addition, the Government is awaiting returns form two search warrants served on Internet Service Providers.  These warrants were issued on April 10, 2015 and served on April 13, 2015.  To date, the Government has not yet received responses from Internet Service Providers, therefore, the Government has not been able to make this discovery available to defense counsel.  Additional time will be needed for the parties to review the contents of the email accounts once they are received.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial.  It is, therefore,

ORDERED that the Joint Motion to Vacate the Pretrial Motions Deadline and Trial Date, Excluding Sixty (60) Days from the Speedy Trial Act Calculation (Doc. # 23) is GRANTED and the Court hereby grants an ends of justice continuance in this case of 60 days, which shall be excluded from the speedy trial clock, which currently stands at **October 11, 2015**.  It is

FURTHER ORDERED VACATING the Motion deadline of July 27, 2015, Response deadline of August 10, 2015, Motion Hearing and Trial Preparation Conference set for September 18, 2015, and four-day Jury Trial set to begin on October 5, 2015.  It is

FURTHER ORDERED that Pretrial Motions are due by September 7, 2015, Responses due by September 21, 2015.   A One-hour Final Trial Preparation Conference/Motion Hearing on pending non-evidentiary motions is set for November 18, 2015, at 3:00 PM in Courtroom A602 before Judge Christine M. Arguello.   Four-day Jury Trial is set for November 30, 2015, at 8:00 AM in Courtroom A602 before Judge Christine M. Arguello.

DATED July 28, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge